# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ENVIRO-MASTER INTERNATIONAL FRANCHISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRO-HYGIENE, LLC, ALEX ARRIAGA, ALFONSO CAMERA, and PAUL HOWELL,<br><br>Defendants. | Civil Action No. 3:23-cv-444<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Alexandra B. Bachman, of the law firm James, McElroy & Diehl, P.A., located at 525 N. Tryon Street, Suite 700, Charlotte, North Carolina 28202, hereby notifies the court and all counsel of record that she is entering an appearance as local counsel for Plaintiff in the above-titled cause of action.

This the 21st day of July, 2023.

                                                **JAMES, McELROY & DIEHL, P.A.**

                                                /s/ Alexandra B. Bachman
                                                Alexandra B. Bachman (NC Bar No. 54746)
                                                525 N. Tryon Street, Suite 700
                                                Charlotte, North Carolina 28202
                                                Telephone: (704) 372-9870
                                                Facsimile: (704) 333-5508
                                                E-mail: abachman@jmdlaw.com
                                                *Attorneys for Plaintiff*

Anne P. Caiola, Esq.* (GA Bar No. 142639)
Lindsay Henner, Esq.* (GA Bar No. 272310)
CAIOLA & ROSE, LLC
125 Clairemont Avenue, Suite 240
Decatur, GA 30030
T: 470.300.1020
Email: annie@caiolarose.com
      lhenner@caiolarose.com

\* Pro Hac Vice Application Forthcoming

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**JAMES, McELROY & DIEHL, P.A.**

 /s/ Alexandra B. Bachman
Alexandra B. Bachman (NC Bar No. 54746)
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
E-mail: abachman@jmdlaw.com
*Attorneys for Plaintiff*