## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:23-CV-00444-RJC-SCR

| | | |
|---|---|---|
| ENVIRO-MASTER INTERNATIONAL FRANCHISE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| PRO-HYGIENE, LLC, et. al., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Nathan A. Steadman]" (Doc. No. 13) filed August 17, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 17, 2023

Susan C. Rodriguez
United States Magistrate Judge