IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00444-RJC-SCR

| | |
|---|---|
| ENVIRO-MASTER INTERNATIONAL FRANCHISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRO-HYGIENE, LLC, et. al.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Lindsay Henner and Anne P. Caiolaand]" (Doc. No. 17 & 18) filed September 1, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 1, 2023

Susan C. Rodriguez
United States Magistrate Judge